IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-50006

_____

PHILIP M. ROSS, doing business as
Urban Wildern, SA; ELIZABETH BURMEISTER,
Individually and as Representative of Class
Members; S. Paul DUBOSE, Individually and as
Representative of Class Members; JOHN
MARTINEZ, Individually and as Representative
of Class Members; CAROLYN LEE OLSEN,
Individually and as Representative of
Class Members,

                                        Plaintiffs-Appellants,

and

CLASS OF SIMILARLY SITUATED PERSONS OWNING
3,190 ACRES OF APPLEWHITE WATER SUPPLY
PARCELS,

                                        Plaintiff,

     versus


CITY OF SAN ANTONIO; SAN ANTONIO WATER SYSTEM
and SAN ANTONIO DEVELOPMENT AGENCY,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for the
            Western District of Texas
                (93 CV 259)

_____

September 15, 1995

Before GARWOOD, DUHÉ and PARKER, Circuit Judges.[*]

PER CURIAM:

Being essentially in agreement with the reasoning of the court below, the judgment of the district court is

AFFIRMED.

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.